# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON SWANGER,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAZAKI, Acting Commissioner of the Social Security Administration,<br><br>　　　　　　　　　Defendant. | Case No.: 21cv1359-NLS<br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY REMAND**<br><br>**[ECF No. 19]** |

　　　Before the Court is the parties' joint motion to voluntarily remand this case back to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 19. Good cause appearing, the Court **GRANTS** the motion.

　　　**IT IS HEREBY ORDERED** that the above-captioned matter be remanded to the agency for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Commissioner will further develop the record as necessary and issue a new decision.

　　　//

　　　//

**It is FURTHER ORDERED** that the Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

**IT IS SO ORDERED.**

Dated: June 7, 2022

Hon. Nita L. Stormes
United States Magistrate Judge