UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON SWANGER,<br><br>                                    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commission of Social Security,<br><br>                                    Defendant. | Case No.:  21cv1359-NLS<br><br>**ORDER GRANTING JOINT STIPULATION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**<br><br>**[ECF No. 24]** |

Before the Court is the parties' joint stipulation for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) and no costs under 28 U.S.C. § 1920.  ECF No. 24.  Plaintiff seeks an award of attorney's fees and expenses of $2,012.33 under the EAJA.  *Id.* at 1.  Having reviewed the joint motion, and good cause appearing, the Court **GRANTS** the request. The Court awards Plaintiff $2,012.33 in attorney's fees under the EAJA subject to the terms discussed in the joint stipulation.

**IT IS SO ORDERED.**

Dated:  July 22, 2022

_____
Hon. Nita L. Stormes
United States Magistrate Judge